**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE WEBSITE, INC., Plaintiff, | : | C.A. No. 24-766-RGA |
| v. | : | |
| DOT EARTH, INC., Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, The Website, Inc., by and through its undersigned counsel, hereby gives notice that the above-referenced action is voluntarily dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: September 11, 2024

Respectfully submitted,

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
**COZEN O'CONNOR**
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2046
Fax: (302) 295-2013
kekiner@cozen.com

*Attorneys for Plaintiff, The Website, Inc.*